AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

IRON WORKERS' MID-AMERICA PENSION PLAN, et al.

V.

WINDY CITY IRON WORKS, INC., an Illinois corporation

CASE NUMBER: **08 C 446**

ASSIGNED JUDGE: **JUDGE NORGLE**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Windy City Iron Works, Inc.
c/o Vladimir Nahalka, Registered Agent/President
7037 N. Hiawatha
Chicago, IL  60646

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/_ 
(By) DEPUTY CLERK

January 22, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                  Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

State of Illinois

General No.: 08C446

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 3/18/2008 at 10:30:00 AM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Windy City Iron Works, Inc. c/o Valdimir Nahalka as shown below:

Served the wihin named Windy City Iron Works, Inc. c/o Valdimir Nahalka by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Joanna Wycoska a person authorized to accept service of process as agent.

Said service was effected at 7037 N. Hiawatha, Chicago, IL 60646

Description of Person Served  Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

3-19-08
Dated

Leroy Karczewski
117-000192