IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 0446 |
| WINDY CITY IRON WORKS, INC., an Illinois corporation, | ) ) ) ) | JUDGE CHARLES R. NORGLE |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   Mr. Vladimir Nahalka, Registered Agent/President
Windy City Iron Works, Inc.
7037 N. Hiawatha
Chicago, IL   60646

YOU ARE HEREBY NOTIFIED that on **Friday**, the **18th** day of **April 2008** at **10:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Charles R. Norgle, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2341, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for an Order Directing Defendant to Turn Over Monthly Fringe Benefit Contribution Reports.  A copy of said motion is hereby served upon you.

/s/   Jennifer L. Dunitz-Geiringer

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 11th day of April 2008:

      Mr. Vladimir Nahalka, Registered Agent/President  
      Windy City Iron Works, Inc.  
      7037 N. Hiawatha  
      Chicago, IL   60646

      /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer  
Attorney for Plaintiffs  
BAUM SIGMAN AUERBACH & NEUMAN, LTD.  
200 West Adams Street, Suite 2200  
Chicago, IL  60606-5231  
Bar No.: 6237001  
Telephone: (312) 236-4316  
Facsimile: (312) 236-0241  
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MIDJ\Windy City\#20699\notice of motion.jdg.df.wpd