**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Iron Workers' Mid–America Pension Plan, et al.

                                   Plaintiff,

v.	Case No.: 1:08–cv–00446
	Honorable Charles R. Norgle Sr.

Windy City Iron Works, Inc.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

     MINUTE entry before the Honorable Charles R. Norgle, Sr: Status hearing is rescheduled from 7/9/2008 to 7/23/2008 at 09:30 A.M. Mailed notice(ewf,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.