IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 0446 |
| WINDY CITY IRON WORKS, INC., an Illinois corporation, | ) ) ) ) | JUDGE CHARLES R. NORGLE |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

TO:  Mr. Vladimir Nahalka, Registered Agent/President
Windy City Iron Works, Inc.
7037 N. Hiawatha
Chicago, IL   60646

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(I), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com
I:\MIDJ\Windy City\#20699\notice of dismissal.jdg.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 22nd day of August 2008:

> Mr. Vladimir Nahalka, Registered Agent/President
> Windy City Iron Works, Inc.
> 7037 N. Hiawatha
> Chicago, IL   60646

                                    /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MIDJ\Windy City\#20699\notice of dismissal.jdg.df.wpd